**Opinion issued December 5, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-01107-CV

———————————

**MARTEL'S CENTERS, INC., Appellant**

**V.**

**ALIEF INDEPENDENT SCHOOL DISTRICT, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-84034**

---

## MEMORANDUM OPINION

Appellant, Martel's Centers, Inc., has filed a motion to dismiss the appeal. No opinion has issued and more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp and Brown.